UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CIVIL RIGHTS DEPARTMENT,<br><br>Plaintiff,<br><br>v.<br><br>SUV AFFORDABLE LP, ET AL.,<br><br>Defendants. | No. 22-cv-00584-MCE-KJN<br><br>ORDER |

Plaintiff, California Civil Rights Departments (CRD) sues defendants SUV Affordable LP, AWI Management Corporation, and individuals Michael Burke and Kiran Chhotu for alleged violations of federal and state fair housing laws in connection with a reasonable accommodation request made by a tenant with physical disabilities. (ECF Nos. 1, 17 at 2.)

Plaintiff and defendant SUV Affordable submitted a joint statement and appeared for an informal telephonic discovery conference on February 17, 2023, before the undersigned.[1] (ECF No. 17). Attorney Azadeh Hosseinian appeared for plaintiff; attorney Justin Hein appeared for defendant.

The court issues this discovery order upon consideration of the parties' arguments during

---

[1] This matter was referred to the undersigned pursuant to Local Rule 302(c)(1).

1

the conference and in the joint statement.

**ORDER**

It is HEREBY ORDERED that:

1. Plaintiff's request to compel responses to Interrogatory 7 is denied without prejudice as irrelevant and disproportionate;

2. Plaintiff's request to compel defendant's response to Interrogatory 8 regarding SUV and its property is granted.  Plaintiff's request to have responses compelled for properties held by third parties is denied without prejudice as irrelevant and disproportionate;

3. Defendant shall supplement its responses to those of plaintiff's content interrogatories that have specific factual averments.  Plaintiff's request to compel defendant's responses to broad contention interrogatories (i.e., "all documents supporting any affirmative defenses") is denied without prejudice.  The parties shall continue to confer over what information should be provided for the broad-based contention interrogatories, and if no agreement is reached, plaintiff may resubmit this for formal resolution under Local Rule 251;

4. Defendant shall identify and reproduce the documents received from the department's investigation, and provide supplemental responses to outstanding discovery requests as discussed at the hearing;

5. Defendant shall make clear in its supplemental responses that it has produced all responsive documents; and

6. Defendant shall supplement its responses by February 28, 2023, at 4:00 p.m.

Dated: February 24, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD/RS, cali.0582

2