UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CIVIL RIGHTS DEPARTMENT,<br><br>Plaintiff,<br><br>v.<br><br>SUV AFFORDABLE LP, ET AL.,<br><br>Defendants. | No. 22-cv-00584-MCE-KJN<br><br>ORDER |

Plaintiff, California Civil Rights Departments sues defendants SUV Affordable LP, AWI Management Corporation, and individuals Michael Burke and Kiran Chhotu for alleged violations of federal and state fair housing laws.[1] (ECF No. 1.)

Plaintiff and defendant AWI Management submitted a joint statement and appeared for an informal telephonic discovery conference on February 21, 2023, before the undersigned. (ECF No. 18.) Attorneys Azadeh Hosseinian and Chanelle Han appeared for plaintiff; attorney David Dalby appeared for defendant AWI.

**ORDER**

For the reasons discussed at the hearing, it is HEREBY ORDERED that:

1. Plaintiff's request to compel production of Michael Burke's and Kiran Chhotu's personnel

---

[1] This matter was referred to the undersigned pursuant to Local Rule 302(c)(1).

1

files (RPDs 22 and 23) is denied, without prejudice;

2. The court denies plaintiff's request to compel defendant AWI's financial information (RPD No. 51 and Interrogatory No. 22) without prejudice; and

3. Defendant shall submit amended responses before Thursday, March 2, 2023, at 4:00 p.m., regarding the following requests:

   a. Interrogatory No. 4, defendant shall indicate whether the AWI website contains all the subsidized properties managed by AWI;

   b. RPD Nos. 22 and 23, defendant shall indicate whether Ms. Chhotu's personnel file contains any regulatory or tenant ADA failure to accommodate complaints;

   c. RPD No. 35, defendant shall indicate whether it has any documents relating to the "rehabilitation project;" and

   d. RPD No. 36, defendant shall respond to plaintiff's request regarding the Subject Property's failure to meet accessibility requirements.[2]

Dated:  February 24, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

RS, cali.0582

---

[2] During the informal telephone conference, plaintiff's counsel agreed to promptly forward information from HUD to facilitate defendant's response to RPD 36.  The court is hopeful the parties will continue to work together cooperatively.  Counsel shall inform the court if any additional time is needed to respond to RPD 36.