JAMIE CROOK, Chief Counsel (#245757)
AZADEH HOSSEINIAN, Senior Staff Counsel (#306141)
MACKENZIE ANDERSON, Staff Counsel (#335469)
CIVIL RIGHTS DEPARTMENT
2218 Kausen Drive #100
Elk Grove, CA 95758
Telephone: (916) 478-7251
Facsimile: (888) 382-5293

Attorneys for Plaintiff
CIVIL RIGHTS DEPARTMENT

DAVID I. DALBY (SBN 114750)
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone:    415-362-6000

Attorney for Defendants
AWI MANAGEMENT CORPORATION,
MICHAEL BURKE AND KIRAN CHHOTU

PHILIP J. TERRY (SBN 148144)
JUSTIN D. HEIN (SBN 249275)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorney for Defendant
SUV AFFORDABLE LP

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIVIL RIGHTS DEPARTMENT, an agency of the State of California,<br><br>Plaintiff,<br>vs.<br><br>SUV AFFORDABLE LP, a California Limited Partnership; AWI MANAGEMENT CORPORATION, a California Limited Partnership; MICHAEL BURKE, an individual; and KIRAN CHHOTU, an individual,<br><br>Defendants. | **Case No.: 2:22-cv-00584-MCE-KJN**<br><br>**JOINT STIPULATION AND REQUEST TO STAY ACTION PENDING MEDIATION**<br><br>**ORDER**<br><br>Assigned to Honorable Morrison C. England, Jr.<br><br>Complaint Filed: April 1, 2022<br>Trial Date: None |

**TO THE HONORABLE COURT:**

PLEASE BE ADVISED that Plaintiff Civil Rights Departments ("CRD"), formerly named the Department of Fair Employment and Housing, and Defendants SUV Affordable LP ("SUV"), AWI Management Corporation ("AWI"), Michael Burke, and Kiran Chhotu (collectively referred to herein as the "Parties") respectfully submit this Joint Stipulation and [Proposed] Order in support of their joint stipulation and request to stay this action pending the competition of mediation. The Parties stipulate as follows:

**WHEREAS,** CRD filed this action in its own name in the United States District Court for the Eastern District of California on April 1, 2022 ("Action") alleging that the real party in interest, Katy Willis, was discriminated against based on her disability, and seeking affirmative relief and compensatory, statutory, and punitive damages on behalf of Ms. Willis;

**WHEREAS,** in or around January 7, 2023, Ms. Willis passed away;

**WHEREAS,** on information and belief, Ms. Willis passed away without a will and her heirs are her five children, including her two minor children;

**WHEREAS,** there is no pending probate action due to the size of Ms. Willis' estate;

**WHEREAS,** in an effort to resolve this Action, the Parties agreed to private mediation in front of Vivien Williamson;

**WHEREAS,** CRD is in communication with Ms. Willis' informal estate representatives, but requires additional time to explore a potential allocation of any potential settlement of the Action with each of Ms. Willis' five heirs, two of whom are minors;

**WHEREAS,** to provide CRD with time to coordinate with Ms. Willis' heirs regarding allocation of any potential settlement of the Action, the Parties agreed to schedule the mediation with Ms. Williamson on June 7, 2023;

**WHEREAS,** district courts have "discretionary power to stay proceedings." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005); *see also City of Sacramento v. Wells Fargo & Co.*, No. 218CV00416KJMGGH, 2019 WL 11093495, at *2 (E.D. Cal. Nov. 20, 2019)("Courts weigh various factors when determining whether a stay is appropriate, including "damage that may result from the granting of a stay,' . . . 'the hardship or inequity a party may suffer in being required to go forward,' and

1 . . . 'the orderly course of justice measured in terms of the simplifying or complicating of issues, proof and questions of law expected to result from a stay.'");

**WHEREAS,** the requested stay is for a minimal amount of time to give the parties sufficient time to address the complexities of any potential settlement prior to the mediation scheduled for June 7, 2023 and to finalize any potential settlement;

**WHEREAS,** there is no foreseeable damage from granting such a limited stay, nor would this limited stay complicate litigating this matter; and

**WHEREAS,** the current deadlines in this Action are Non-expert Discovery cut-off deadline of May 2, 2023; Initial Expert Disclosures and Report deadline of July 3, 2023; Rebuttal Expert Disclosure deadline of August 2, 2023; and Dispositive Motions should be filed by October 30, 2023;

The Parties hereby respectfully **REQUEST and STIPULATE** that the Court stay the Action for 120 days from the date that the Order granting this request and stipulation is signed. Any deadlines will be tolled and will begin to run again after 120 days from the date that the Order is signed.

**IT IS SO STIPULATED:**


DATED: March 2, 2023                                    CIVIL RIGHTS DEPARTMENT


By: /s/ *Azadeh Hosseinian*
    Azadeh Hosseinian
    Attorney for Plaintiff, CRD

*I, Azadeh Hosseinian, hereby attest that all signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*


DATED: March 2, 2023                                    HINSHAW & CULBERTSON LLP


By: /s/ *David Dalby*
    David I. Dalby
    Attorney for Defendants AWI,
    Michael Burke and Kiran Chhotu

| | |
|---|---|
| DATED: March 2, 2023 | CARLE, MACKIE, POWER & ROSS LLP |

                                        By: /s/ *Justin Hein*
                                             Justin D. Hein
                                             Attorney for Defendant SUV

**<u>ORDER</u>**

Based on the foregoing stipulation, and good cause having been shown by the Parties, IT IS HEREBY ORDERED that all court dates and deadlines associated with the above-references action are STAYED for 120 days from the date that this Order is signed. Any deadlines will be tolled by 120 days and will begin to run again after 120 days from the date that the Order is signed.

IT IS SO ORDERED.

Dated: March 7, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE