JAMIE CROOK, Chief Counsel (#245757)
AZADEH HOSSEINIAN, Senior Staff Counsel (#306141)
MACKENZIE ANDERSON, Staff Counsel (#335469)
CIVIL RIGHTS DEPARTMENT
2218 Kausen Drive #100
Elk Grove, CA 95758
Telephone: (916) 478-7251
Facsimile: (888) 382-5293

Attorneys for Plaintiff
CIVIL RIGHTS DEPARTMENT

DAVID I. DALBY (SBN 114750)
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone:   415-362-6000

Attorney for Defendants
AWI MANAGEMENT CORPORATION,
MICHAEL BURKE AND KIRAN CHHOTU

PHILIP J. TERRY (SBN 148144)
JUSTIN D. HEIN (SBN 249275)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorney for Defendant
SUV AFFORDABLE LP

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIVIL RIGHTS DEPARTMENT, an agency of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>SUV AFFORDABLE LP, a California Limited Partnership; AWI MANAGEMENT CORPORATION, a California Limited Partnership; MICHAEL BURKE, an individual; and KIRAN CHHOTU, an individual,<br><br>Defendants. | Case No.: 2:22-cv-00584-MCE-KJN<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND STAY OF THIS ACTION PENDING MEDIATION**<br><br>**ORDER**<br><br>Assigned to Honorable Morrison C. England, Jr.<br><br>Complaint Filed: April 1, 2022<br>Trial Date: None |

**TO THE HONORABLE COURT:**

**PLEASE BE ADVISED** that Plaintiff Civil Rights Departments ("CRD"), formerly named the Department of Fair Employment and Housing, and Defendants SUV Affordable LP ("SUV"), AWI Management Corporation ("AWI"), Michael Burke, and Kiran Chhotu (collectively referred to herein as the "Parties") respectfully submit this Joint Stipulation and [Proposed] Order in support of their joint stipulation and request to further extend the stay of this action pending the completion of mediation. The Parties stipulate as follows:

**WHEREAS,** CRD filed this action in its own name in the United States District Court for the Eastern District of California on April 1, 2022 ("Action") alleging that the real party in interest, Katy Willis, was discriminated against based on her disability, and seeking affirmative relief and compensatory, statutory, and punitive damages on behalf of Ms. Willis;

**WHEREAS,** in or around January 7, 2023, Ms. Willis passed away;

**WHEREAS,** on information and belief, Ms. Willis passed away without a will and has five children;

**WHEREAS,** on information and belief, Ms. Willis' only asset is any settlement or awarded damages resulting from this Action;

**WHEREAS,** on information and belief, Ms. Willis has three heirs because both her minor children were adopted;

**WHEREAS,** on March 2, 2023, the Parties filed a joint stipulation and request to stay this Action for 120 days to provide time for CRD to coordinate with Ms. Willis' heirs regarding allocation of any potential settlement prior to the previously scheduled mediation date of June 7, 2023;

**WHEREAS,** on March 7, 2023, this Court entered an Order staying this Action for 120 days until July 5, 2023;

**WHEREAS,** on information and belief, Ms. Willis' heirs and her sister have decided to open a probate matter;

**WHEREAS,** Ms. Willis' heirs, with assistance from CRD, have attempted to obtain pro bono legal representation to open a probate matter and appoint an estate representative for purposes of settling this Action and properly distributing any settlement funds;

**WHEREAS,** Ms. Willis' heirs are hopeful that they have secured pro bono legal representation to assist them with opening a probate matter;

**WHEREAS,** in an effort to resolve this Action and allow additional time for Ms. Willis' heirs to open a probate matter and appoint an estate representative, the Parties have agreed to extend the date of private mediation in front of Vivien Williamson until October 18, 2023;

**WHEREAS,** district courts have "discretionary power to stay proceedings." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005); *see also City of Sacramento v. Wells Fargo & Co.*, No. 218CV00416KJMGGH, 2019 WL 11093495, at *2 (E.D. Cal. Nov. 20, 2019)("Courts weigh various factors when determining whether a stay is appropriate, including "damage that may result from the granting of a stay,' . . . 'the hardship or inequity a party may suffer in being required to go forward,' and . . . 'the orderly course of justice measured in terms of the simplifying or complicating of issues, proof and questions of law expected to result from a stay.'");

**WHEREAS,** the requested stay is for a minimal amount of time to give the parties sufficient time to open a probate matter and appoint an estate representative;

**WHEREAS,** there is no foreseeable damage from granting such a limited stay, nor would this limited stay complicate litigating this matter; and

**WHEREAS,** the current deadlines in this Action are Non-expert Discovery cut-off deadline of May 2, 2023; Initial Expert Disclosures and Report deadline of July 3, 2023; Rebuttal Expert Disclosure deadline of August 2, 2023; and Dispositive Motions should be filed by October 30, 2023;

///
///
///
///
///
///
///
///
///

The Parties hereby respectfully **REQUEST and STIPULATE** that the Court extend the stay of this Action until October 31, 2023. Any deadlines will be tolled and will begin to run again starting on November 1, 2023.

**IT IS SO STIPULATED:**

DATED: June 5, 2023                             CIVIL RIGHTS DEPARTMENT

By: /s/ Azadeh Hosseinian
    Azadeh Hosseinian
    Attorney for Plaintiff, CRD

*I, Azadeh Hosseinian, hereby attest that all signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

DATED: June 5, 2023                             HINSHAW & CULBERTSON LLP

By: /s/ David I. Dalby
    David I. Dalby
    Attorney for Defendants AWI,
    Michael Burke and Kiran Chhotu

DATED: June 5, 2023                             CARLE, MACKIE, POWER & ROSS LLP

By: /s/ Justin D. Hein
    Justin D. Hein
    Attorney for Defendant SUV

**ORDER**

Based on the foregoing stipulation, and good cause having been shown by the Parties, IT IS HEREBY ORDERED that all court dates and deadlines associated with the above-references action are STAYED until October 31, 2023. Any deadlines will begin to run again on November 1, 2023.

IT IS SO ORDERED.

Dated: June 8, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE