JAMIE CROOK, Chief Counsel (#245757)
AZADEH HOSSEINIAN, Senior Staff Counsel (#306141)
MACKENZIE ANDERSON, Staff Counsel (#335469)
CIVIL RIGHTS DEPARTMENT
2218 Kausen Drive #100
Elk Grove, CA 95758
Telephone: (916) 478-7251
Facsimile: (888) 382-5293

Attorneys for Plaintiff
CIVIL RIGHTS DEPARTMENT

DAVID I. DALBY (SBN 114750)
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone:    415-362-6000

Attorney for Defendants
AWI MANAGEMENT CORPORATION,
MICHAEL BURKE AND KIRAN CHHOTU

PHILIP J. TERRY (SBN 148144)
JUSTIN D. HEIN (SBN 249275)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorney for Defendant
SUV AFFORDABLE LP

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIVIL RIGHTS DEPARTMENT, an agency of the State of California,<br><br>Plaintiff,<br>vs.<br><br>SUV AFFORDABLE LP, a California Limited Partnership; AWI MANAGEMENT CORPORATION, a California Limited Partnership; MICHAEL BURKE, an individual; and KIRAN CHHOTU, an individual,<br><br>Defendants. | Case No.: 2:22-cv-00584-MCE-KJN<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND STAY OF THIS ACTION PENDING MEDIATION**<br><br>**ORDER**<br><br>Assigned to Honorable Morrison C. England, Jr.<br><br>Complaint Filed: April 1, 2022<br>Trial Date: None |

**TO THE HONORABLE COURT:**

**PLEASE BE ADVISED** that Plaintiff Civil Rights Departments ("CRD"), formerly named the Department of Fair Employment and Housing, and Defendants SUV Affordable LP ("SUV"), AWI Management Corporation ("AWI"), Michael Burke, and Kiran Chhotu (collectively referred to herein as the "Parties") respectfully submit this Joint Stipulation and [Proposed] Order in support of their third joint stipulation and request to further extend the stay of this action pending the completion of mediation. The Parties stipulate as follows:

**WHEREAS,** CRD filed this action in its own name in the United States District Court for the Eastern District of California on April 1, 2022 ("Action") alleging that the real party in interest, Katy Willis, was discriminated against based on her disability, and seeking affirmative relief and compensatory, statutory, and punitive damages on behalf of Ms. Willis;

**WHEREAS,** in or around January 7, 2023, Ms. Willis passed away;

**WHEREAS,** on information and belief, Ms. Willis passed away without a will and has five children;

**WHEREAS,** on information and belief, Ms. Willis has three heirs because both her minor children were adopted;

**WHEREAS,** on information and belief, Ms. Willis' only asset is any settlement or awarded damages resulting from this Action;

**WHEREAS,** on March 2, 2023, the Parties filed a joint stipulation and request to stay this Action for 120 days to provide time for CRD to coordinate with Ms. Willis' heirs regarding allocation of any potential settlement prior to the previously scheduled mediation date of June 7, 2023;

**WHEREAS,** on March 7, 2023, this Court entered an Order staying this Action for 120 days until July 5, 2023;

**WHEREAS,** on June 5, 2023, the Parties filed a second joint stipulation and request to stay this Action until October 30, 2023 after Ms. Willis' heirs informed CRD that they planned to open a probate matter and needed time to secure low-cost legal representation for the probate matter;

**WHEREAS,** on June 8, 2023, this Court entered an Order staying this Action until October 30, 2023;

**WHEREAS,** Ms. Willis' heirs had difficulty finding low-cost legal representation for the probate matter, but finally secured pro bono legal representation through Teal Schoonover with the law firm Husch Blackwell;

**WHEREAS,** Ms. Schoonover informed CRD of delays in the probate process resulting from a heir who is currently incarcerated as well as discussions on who will serve as the estate representative;

**WHEREAS,** Ms. Schoonover recommended a mediation date of mid-December 2023 to ensure that an estate representative has been named in Ms. Willis' estate prior to the mediation;

**WHEREAS,** the earliest mediation date available for the private mediator in this matter, Vivien B. Williamson, is February 5, 2024,

**WHEREAS,** in an effort to resolve this Action and allow additional time for appointment of an estate representative, the Parties have agreed to extend the date of mediation with Ms. Williamson until February 5, 2024;

**WHEREAS,** district courts have "discretionary power to stay proceedings." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005); *see also City of Sacramento v. Wells Fargo & Co.*, No. 218CV00416KJMGGH, 2019 WL 11093495, at *2 (E.D. Cal. Nov. 20, 2019)("Courts weigh various factors when determining whether a stay is appropriate, including "damage that may result from the granting of a stay,' . . . 'the hardship or inequity a party may suffer in being required to go forward,' and . . . 'the orderly course of justice measured in terms of the simplifying or complicating of issues, proof and questions of law expected to result from a stay.'");

**WHEREAS,** the requested stay is for a minimal amount of time to give the parties sufficient time to open a probate matter and appoint an estate representative;

**WHEREAS,** there is no foreseeable damage from granting such a limited stay, nor would this limited stay complicate litigating this matter; and

The Parties hereby respectfully **REQUEST and STIPULATE** that the Court extend the stay of this Action until February 29, 2024. Any deadlines will be tolled and will begin to run again starting on February 29, 2024.

**IT IS SO STIPULATED:**

DATED: 10/18/2023               CIVIL RIGHTS DEPARTMENT

                                By:  /s/ Azadeh Hosseinian
                                    Azadeh Hosseinian
                                    Attorney for Plaintiff, CRD

                                *I, Azadeh Hosseinian, hereby attest that all signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

DATED: 10/18/2023               HINSHAW & CULBERTSON LLP

                                By: /s/ David I. Dalby
                                    David I. Dalby
                                    Attorney for Defendants AWI,
                                    Michael Burke and Kiran Chhotu

DATED: 10/18/2023               CARLE, MACKIE, POWER & ROSS LLP

                                By:  /s/ Justin D. Hein
                                    Justin D. Hein
                                    Attorney for Defendant SUV

**ORDER**

Based on the foregoing stipulation, and good cause having been shown by the Parties, IT IS HEREBY ORDERED that all court dates and deadlines associated with the above-references action are stayed until February 29, 2024. Any deadlines will begin to run again on March 1, 2024.

IT IS SO ORDERED.

Dated: October 20, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE