# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>SUV AFFORDABLE LP, a California Limited Partnership; AWI MANAGEMENT CORPORATION, a California corporation; MICHAEL BURKE, an individual; and KIRAN CHHOTU, an individual,<br><br>Defendants. | No. 2:22-CV-0584-MCE-KJN<br><br>**ORDER ON PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE FOR DISCOVERY**<br><br>(Fed. R. Civ. P. 16(b)(4); Loc. R. 233)<br><br>**Date:** Thursday, May 2, 2024<br>**Time:** 10:00 a.m.<br>**Courtroom:** 7, 14th Floor |

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion for Administrative Relief is GRANTED. The parties shall complete discovery on or before July 7, 2024.

IT IS SO ORDERED.

Dated: April 12, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE