DAVID I. DALBY SBN: 114750
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendants
AWI MANAGEMENT CORPORATION
MICHAEL BURKE
KIRAN CHHOTU

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>SUV AFFORDABLE LP, a California Limited Partnership; AWI MANAGEMENT CORPORATION, a California corporation; MICHAEL BURKE, an individual, and KIRAN CHHOTU, an individual,<br><br>Defendants. | Case No. 2:22-CV-00584-MCE-CSK<br><br>**STIPULATION FOR AN ORDER EXCLUDING THE CIVIL RIGHTS DEPARTMENT INVESTIGATORS FROM TESTIFYING AT THE TRIAL; ORDER**<br><br>Honorable Morrison C. England, Jr.<br><br>Complaint Filed: April 1, 2022<br><br>Trial Date: None |

## STIPULATION

**WHEREAS**, on October 29, 2019, Real Party in Interest Katy Willis filed an administrative complaint against Defendants AWI Management Corporation ("AWI"), SUV Affordable L.P. ("SUV"), Michael Burke, and Kiran Chhotu with the Civil Rights Department (formerly the Department of Fair Employment and Housing ("DFEH"), and hereinafter "Plaintiff" or "CRD") alleging housing discrimination.

**WHEREAS**, CRD employee Mitch Sawicki and former employee Stephanie Bruce investigated the complaint filed by Ms. Willis as Willis/AWI Management Corporation, et al.,

1

1  DFEH Case No. 201907-06865817("Administrative Matter");

2  **WHEREAS**, on April 1, 2022, CRD filed a civil action in the U.S. District Court for the
3  Eastern District of California, Case Number 2:22-cv-00584-MCE-KJN ("Civil Action") on its
4  own behalf as Plaintiff against Defendants AWI, SUV, Michael Burke, and Kiran Chhotu
5  (collectively "Parties"), based on its investigation of the allegations in the Administrative
6  Matter;

7  **WHEREAS**, Defendants contend that it is in the interests of justice and in order to
8  properly defend this action and prepare for the case for trial, the Defendants have the right to
9  take the depositions of Mitch Sawicki and Stephanie Bruce;

10 **WHEREAS**, CRD maintains that this lawsuit is a trial *de novo*; therefore, discovery
11 concerning the sufficiency of CRD's pre-lawsuit investigation is irrelevant as CRD's
12 investigators have no independent knowledge of the facts giving rise to the lawsuit;

13 WHEREAS, CRD's position is that its investigation of the Administrative Matter is
14 confidential and subject to various privileges, including but not limited to the deliberative
15 process privilege;

16 WHEREAS, CRD has objected to Defendants' taking the depositions of Mitch Sawicki
17 and Stephanie Bruce based on relevance and various privileges;

18 **WHEREAS**, Defendants' position is that the CRD's assertion of various privileges,
19 objecting to Defendants taking the depositions of Mitch Sawicki and Stephanie Bruce are
20 overbroad, inapplicable, and highly prejudicial to the Defendants' ability to defend this action
21 and prepare for trial;

22 **WHEREFOR, IT IS HEREBY STIPULATED** by and between the Parties, through
23 their respective counsel of record, that in order to facilitate and promote efficiency, Mitch
24 Sawicki and Stephnie Bruce are excluded from testifying at the trial in this case regarding any
25 aspect their investigative work for the Civil Rights Department *fka* the Department of Fair
26 Employment and Housing, including any documents, negotiations and/or communications with
27 defendants AWI Management Corporation, Michael Burke, Kiran Chhotu, SUV Affordable
28 Housing LP, and defendants' agents, employees and attorneys. As such, Defendants agree that

2

**STIPULATION AND ORDER FOR AN ORDER EXCLUDING CRD INVESTIGATORS FROM TESTIFYING AT THE TRIAL**

1 | they will not seek the depositions Mitch Sawicki and Stephnie Bruce.

2 | **IT IS SO STIPULATED.**

Dated:  June 18, 2024                                         /s/ Azadeh Hosseinian
                                                              Azadeh Hosseinian
                                                              Civil Rights Department
                                                              Attorney for Plaintiff Civil Rights Department

*I, Azadeh Hosseinian, hereby attest that all signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated:  June 18, 2024                                         /s/ David Dalby
                                                              David Dalby
                                                              Hinshaw & Culbertson LLP
                                                              Attorney for Defendants
                                                              AWI Management Corporation
                                                              Michael Burke
                                                              Kiran Chhotu

Dated:  June 18, 2024                                         /s/ Justin D. Hein
                                                              Justin D. Hein
                                                              CARLE, MACKIE, POWER & ROSS LLP
                                                              Attorney for Defendant SUV Affordable LP

**ORDER**

Pursuant to the Stipulation of the Parties and Good Cause appearing, it is hereby ordered that Mitch Sawicki and Stephnie Buce will not be deposed in this action and are excluded from testifying at the trial in this case regarding any aspect their investigative work for the Civil Rights Department *fka* the Department of Fair Employment and Housing, including any documents, negotiations and/or communications with defendants AWI Management Corporation, Michael Burke, Kiran Chhotu, SUV Affordable Housing LP, and defendants' agents, employees and attorneys.

IT IS SO ORDERED.

Dated: June 25, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE