JAMIE CROOK, Chief Counsel (#245757)
NADIA AZIZ, Assistant Chief Counsel (#252966)
AZADEH HOSSEINIAN, Associate Chief Counsel (#306141)
CECILIA AGUILERA, Staff Counsel (#347770)
CIVIL RIGHTS DEPARTMENT
651 Bannon Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 964-1925
Facsimile: (888) 382-5293

Attorneys for Plaintiff
CIVIL RIGHTS DEPARTMENT

DAVID I. DALBY (SBN 114750)
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone:    415-362-6000

Attorney for Defendants
AWI MANAGEMENT CORPORATION,
MICHAEL BURKE AND KIRAN CHHOTU

PHILIP J. TERRY (SBN 148144)
JUSTIN D. HEIN (SBN 249275)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorney for Defendant
SUV AFFORDABLE LP

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CIVIL RIGHTS DEPARTMENT, an agency of the State of California,<br><br>Plaintiff,<br>vs.<br><br>SUV AFFORDABLE LP, a California Limited Partnership; AWI MANAGEMENT CORPORATION, a California Limited Partnership; MICHAEL BURKE, an individual; and KIRAN CHHOTU, an individual,<br><br>Defendants. | **Case No.: 2:22-cv-00584-MCE-CSK**<br><br>**STIPULATION AND REQUEST TO EXTEND EXPERT DISCLOSURE DEADLINE**<br><br>**ORDER**<br><br>Assigned to Honorable Morrison C. England, Jr.<br><br>Complaint Filed: April 1, 2022<br>Trial Date: None |

**WHEREAS,** on April 1, 2022, the Civil Rights Department ("CRD"), an agency of the state of California, filed a government civil action in the U.S. District Court for the Eastern District of California, Case Number 2:22-cv-00584-MCE-KJN ("Civil Action") on its own behalf as Plaintiff against Defendants AWI Management Corporation ("AWI"), SUV Affordable LP ("SUV"), Michael Burke, and Kiran Chhotu (collectively "Parties"), based on CRD's investigation of allegations made by the Real Party in Interest Katy Willis regarding disability discrimination.

**WHEREAS,** as part of the Civil Action, the Parties are entitled to discovery pursuant to the Federal Rules of Civil Procedure;

**WHEREAS,** the deadline for fact discovery ended July 7, 2024 and the current deadline for expert witness disclosure is currently September 5, 2024;

**WHEREAS**, CRD served third-party subpoenas and is still awaiting on some responses from the third-parties;

**WHEREAS,** the Parties are continuing to meet and confer on issues related to the third-party subpoenas;

**WHEREAS**, the information from the third-party subpoenas may be relevant to the experts retained by either party and thus the parties seek a short two-month extension of the expert witness disclosure deadline;

**WHEREAS,** the Parties are also interested in pursuing a settlement conference with Magistrate Judge Kim;

**WHEREAS,** the Parties seek a short two-month extension of the initial expert witness disclosure deadline;

**WHEREAS**, the Parties are not seeking to extend any other date previously set by the Court and no trial date has been set for this matter;

**IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, that the expert witness disclosure deadline be extended to November 5, 2024.

**IT IS SO STIPULATED.**

///

///

| | |
|---|---|
| Dated: August 30, 2024 | */s/ Azadeh Hosseinian*<br>Azadeh Hosseinian<br>Civil Rights Department<br>Attorney for Plaintiff Civil Rights Department |
| Dated: August 30, 2024 | */s/ David Dalby*<br>David Dalby<br>Hinshaw & Culbertson LLP<br>Attorney for Defendants AWI, Michael Burke, and Kiran Chhotu |
| Dated: August 30, 2024 | */s/ Justin D. Hein*<br>Justin D. Hein<br>CARLE, MACKIE, POWER & ROSS LLP<br>Attorney for Defendant SUV |

**ORDER**

Pursuant to the Stipulation of the Parties and Good Cause appearing, it is hereby ordered that the expert disclosure deadline is extended to November 5, 2024.  All other dates remain the same.

IT IS SO ORDERED.

Dated:  September 2, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE