| | |
|---|---|
| 1 | JAMIE CROOK, Chief Counsel (#245757) |
| 2 | NADIA AZIZ, Assistant Chief Counsel (#252966) |
| 3 | AZADEH HOSSEINIAN, Associate Chief Counsel (#306141) |
| | CECILIA AGUILERA, Staff Counsel (#347770) |

JAMIE CROOK, Chief Counsel (#245757)
NADIA AZIZ, Assistant Chief Counsel (#252966)
AZADEH HOSSEINIAN, Associate Chief Counsel (#306141)
CECILIA AGUILERA, Staff Counsel (#347770)
CIVIL RIGHTS DEPARTMENT
651 Bannon Street #200
Sacramento, CA 95811
Telephone: (916) 964-1925
Facsimile: (888) 382-5293

Attorneys for Plaintiff
CIVIL RIGHTS DEPARTMENT

DAVID I. DALBY (SBN 114750)
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone:   415-362-6000

Attorney for Defendants
AWI MANAGEMENT CORPORATION,
MICHAEL BURKE AND KIRAN CHHOTU

PHILIP J. TERRY (SBN 148144)
JUSTIN D. HEIN (SBN 249275)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorney for Defendant
SUV AFFORDABLE LP

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CIVIL RIGHTS DEPARTMENT, an agency of the State of California,<br><br>                                              Plaintiff,<br>         vs.<br><br>SUV AFFORDABLE LP, a California Limited Partnership; AWI MANAGEMENT CORPORATION, a California Limited Partnership; MICHAEL BURKE, an individual; and KIRAN CHHOTU, an individual,<br><br>                                           Defendants. | **Case No.: 2:22-cv-00584-MCE-CSK**<br><br>**STIPULATION AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**<br><br>**ORDER**<br><br>Assigned to Honorable Morrison C. England, Jr.<br><br>Complaint Filed: April 1, 2022<br>Trial Date: None |

**WHEREAS,** on April 1, 2022, the Civil Rights Department ("CRD"), an agency of the state of California, filed a government civil action in the U.S. District Court for the Eastern District of California, Case Number 2:22-cv-00584-MCE-KJN ("Civil Action") on its own behalf as Plaintiff against Defendants AWI Management Corporation ("AWI"), SUV Affordable LP ("SUV"), Michael Burke, and Kiran Chhotu (collectively "Parties"), based on CRD's investigation of allegations made by the Real Party in Interest Katy Willis regarding disability discrimination.

**WHEREAS,** the Parties previously attended mediation with private mediator Vivien B. Williamson, but were unable to reach settlement;

**WHEREAS,** the deadline for the Parties to complete fact discovery was July 7, 2024;

**WHEREAS**, the deadline for expert witness disclosures is November 5, 2025;

**WHEREAS,** the deadline to file dispositive motions is January 23, 2025;

**WHEREAS,** now that fact discovery is over, the Parties hope to achieve a satisfactory settlement before expending further resources on litigating this matter;

**WHEREAS,** the Parties have met and conferred and agreed that they would like to participate in a settlement conference before Magistrate Judge Chi Soo Kim;

**WHEREAS,** the Parties and their counsel would be available to participate in a settlement conference sometime in mid to late-October 2024;

**IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, that the Parties respectfully request that the Court refer this matter for a settlement conference with the assigned Magistrate Judge.

**IT IS SO STIPULATED.**

Dated: 09/10/2024

*(signature)*
Cecilia Aguilera
Civil Rights Department
Attorney for Plaintiff Civil Rights Department

Dated: 09/10/2024

/s/ David I. Dalby
David Dalby
Hinshaw & Culbertson LLP
Attorney for Defendants AWI, Michael Burke, and Kiran Chhotu

1
2  Dated: 09/10/2024                              /s/ Justin D. Hein
3                                                 Justin D. Hein
                                                  CARLE, MACKIE, POWER & ROSS LLP
4                                                 Attorney for Defendant SUV
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Stipulation of the Parties and Good Cause appearing, it is hereby ordered that this matter be set for a settlement conference with the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: September 14, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE