JAMIE CROOK, Chief Counsel (#245757)
NADIA AZIZ, Assistant Chief Counsel (#252966)
AZADEH HOSSEINIAN, Associate Chief Counsel (#306141)
CECILIA AGUILERA, Staff Counsel (#347770)
CIVIL RIGHTS DEPARTMENT
651 Bannon Street #200
Sacramento, CA 95811
Telephone: (916) 964-1925
Facsimile: (888) 382-5293

Attorneys for Plaintiff
CIVIL RIGHTS DEPARTMENT

DAVID I. DALBY (SBN 114750)
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone:    415-362-6000

Attorney for Defendants
AWI MANAGEMENT CORPORATION,
MICHAEL BURKE AND KIRAN CHHOTU

PHILIP J. TERRY (SBN 148144)
JUSTIN D. HEIN (SBN 249275)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorney for Defendant
SUV AFFORDABLE LP

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIVIL RIGHTS DEPARTMENT, an agency of the State of California,<br><br>Plaintiff,<br>vs.<br><br>SUV AFFORDABLE LP, a California Limited Partnership; AWI MANAGEMENT CORPORATION, a California Limited Partnership; MICHAEL BURKE, an individual; and KIRAN CHHOTU, an individual,<br><br>Defendants. | **Case No.: 2:22-cv-00584-MCE-CSK**<br><br>**JOINT STIPULATION AND REQUEST TO STAY THIS ACTION PENDING SETTLEMENT CONFERENCE**<br><br>**ORDER**<br><br>Assigned to Honorable Morrison C. England, Jr.<br><br>Complaint Filed: April 1, 2022<br>Trial Date: None |

-1-
JOINT STIPULATION AND REQUEST TO STAY THIS ACTION PENDING SETTLEMENT CONFERENCE
AND ORDER

TO THE HONORABLE COURT:

**PLEASE BE ADVISED** that Plaintiff Civil Rights Department ("CRD"), formerly named the Department of Fair Employment and Housing, and Defendants SUV Affordable LP ("SUV"), AWI Management Corporation ("AWI"), Michael Burke, and Kiran Chhotu (collectively referred to herein as the "Parties") respectfully submit this Joint Stipulation and [Proposed] Order in support of their joint stipulation and request to stay this action pending the completion of a settlement conference before the assigned Magistrate Judge. The Parties stipulate as follows:

**WHEREAS,** on April 1, 2022, CRD, an agency of the state of California, filed a government civil action in the U.S. District Court for the Eastern District of California, Case Number 2:22-cv-00584-MCE-CSK ("Civil Action") on its own behalf as Plaintiff against Defendants SUV, AWI, Michael Burke, and Kiran Chhotu, based on CRD's investigation of allegations made by the Real Party in Interest Katy Willis regarding disability discrimination.

**WHEREAS,** the Parties previously attended mediation with private mediator Vivien B. Williamson, but were unable to reach settlement;

**WHEREAS**, the deadline for expert witness disclosures is November 5, 2024;

**WHEREAS,** the deadline to file dispositive motions is January 23, 2025;

**WHEREAS,** the Parties hope to achieve a satisfactory settlement before expending further resources on litigating this matter;

**WHEREAS,** on September 16, 2024, the Court ordered that this matter be set for a settlement conference with the assigned Magistrate Judge (ECF No. 51);

**WHEREAS,** the Parties are scheduled to participate in a settlement conference before Magistrate Judge Chi Soo Kim on December 20, 2024;

**WHEREAS,** district courts have "discretionary power to stay proceedings." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005); *see also City of Sacramento v. Wells Fargo & Co.*, No. 2:18-cv-00416-KJM-GGH, 2019 WL 11093495, at *2 (E.D. Cal. Nov. 20, 2019) ("In determining whether a stay is warranted, the court must weigh . . . (1) 'the possible damage that may result from the granting of a stay,' (2) 'the hardship or inequity a party may suffer in being required to go forward,' and (3) 'the orderly course of justice measured in terms of the simplifying or complicating of issues,

proof and questions of law expected to result from a stay.'" (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 2005)));

**WHEREAS,** the requested stay is for a minimal amount of time to allow the Parties to participate in the December 20, 2024 settlement conference; and

**WHEREAS,** there is no foreseeable damage from granting such a limited stay, nor would this limited stay complicate litigating this matter;

The Parties hereby respectfully **REQUEST and STIPULATE** that the Court stay this Action until December 27, 2024. Any deadlines, including expert witness disclosures and dispositive motion deadlines, will be tolled and will begin to run again starting on December 27, 2024, should the Parties be unable to settle this matter during the December 20, 2024 settlement conference.

**IT IS SO STIPULATED.**

Dated: September 27, 2024        /s/ Cecilia L. Aguilera
                                 Cecilia Aguilera
                                 Civil Rights Department
                                 Attorney for Plaintiff Civil Rights Department

Dated: September 27, 2024        /s/ David I. Dalby
                                 David Dalby
                                 Hinshaw & Culbertson LLP
                                 Attorney for Defendants AWI, Michael Burke, and Kiran Chhotu

Dated: September 27, 2024        /s/ Justin D. Hein
                                 Justin D. Hein
                                 CARLE, MACKIE, POWER & ROSS LLP
                                 Attorney for Defendant SUV

**ORDER**

Based on the foregoing stipulation, and good cause having been shown by the Parties, IT IS HEREBY ORDERED that all court dates and deadlines associated with the above-referenced action are stayed until December 27, 2024. Any deadlines, including expert witness disclosures and dispositive motion deadlines, will begin to run again on December 27, 2024.

**IT IS SO ORDERED.**

DATED:  September 30, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE