```
JAMIE CROOK, Chief Counsel (#245757)
NADIA AZIZ, Assistant Chief Counsel (#252966)
AZADEH HOSSEINIAN, Associate Chief Counsel (#306141)
CECILIA AGUILERA, Staff Counsel (#347770)
CALIFORNIA CIVIL RIGHTS DEPARTMENT
651 Bannon Street, Suite # 200
Sacramento, California 95811
Telephone:  (916) 964-1925
Facsimile:   (888) 382-5293
```

Attorneys for Plaintiff,                                                    (Fee Exempt, Gov. Code, § 6103)
CIVIL RIGHTS DEPARTMENT

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIVIL RIGHTS DEPARTMENT, formerly the Department of Fair Employment and Housing, an agency of the State of California,<br><br>                            Plaintiff,<br><br>vs.<br><br>SUV AFFORDABLE LP, a California Limited Partnership; AWI MANAGEMENT CORPORATION, a California Limited Partnership; MICHAEL BURKE, an individual; and KIRAN CHHOTU, an individual,<br><br>                            Defendants. | Case No.:   2:22-cv-00584-DC-CSK<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND DATE FOR PARTIES TO FILE REQUEST FOR DISMISSAL**<br><br>**ORDER**<br><br>Assigned to the Honorable Dena Coggins |

**TO THE HONORABLE COURT:**

**PLEASE BE ADVISED** that Plaintiff Civil Rights Departments ("CRD"), formerly named the Department of Fair Employment and Housing, and Defendants SUV Affordable LP ("SUV"), AWI Management Corporation ("AWI"), Michael Burke, and Kiran Chhotu (collectively referred to herein as the "Parties") respectfully submit this Joint Stipulation and Request regarding their request to extend the date for the Parties to file a request for dismissal.

**WHEREAS,** CRD filed this action in its own name in the United States District Court for the Eastern District of California on April 1, 2022 ("Action") alleging that the real party in interest, Katy

-1-

*Civil Rights Department. SUV Affordable LP, et al.*
Joint Stipulation and Request to Extend Date for Parties to File Request for Dismissal; Order

Willis, was discriminated against based on her disability, and seeking affirmative relief and compensatory, statutory, and punitive damages on behalf of Ms. Willis;

**WHEREAS,** on or around January 7, 2023, Ms. Willis passed away;

**WHEREAS,** on or around January 23, 2024, Brittany Hamons was assigned the administrator of Ms. Willis' estate by the Superior Court of California, County of Sutter.

**WHEREAS,** Ms. Willis' estate is currently not represented with respect to this Action or the probate proceedings regarding the estate.

**WHEREAS,** on or around December 20, 2024, the Parties and Ms. Willis' attended a settlement conference before Magistrate Judge Kim and entered into a verbal settlement agreement that, when fully executed, will dispose of this matter.

**WHEREAS,** during the settlement conference, the Parties agreed to file a request to dismiss the Action in its entirety within thirty (30) days;

**WHEREAS,** the Parties require additional time to finalize and execute a final settlement agreement;

**WHEREAS,** Ms. Willis' estate requires additional time to provide the Parties with bank account information where settlement funds will be distributed and to confirm next steps regarding the probate proceeding;

The Parties hereby respectfully **REQUEST and STIPULATE** that the Court extend the date for the parties to file a request to dismiss this Action for an additional thirty (30) days until February 18, 2025.

DATED: January 17, 2025                                    CIVIL RIGHTS DEPARTMENT

By: /s/ Azadeh Hosseinian
    Azadeh Hosseinian
    Attorney for Plaintiff, CRD

*I, Azadeh Hosseinian, hereby attest that all signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

DATED: January 17, 2025                              HINSHAW & CULBERTSON LLP


By: /s/ David I. Dalby
   David I. Dalby
   Attorney for Defendants AWI,
   Michael Burke and Kiran Chhotu


DATED: January 17, 2025                              CARLE, MACKIE, POWER & ROSS LLP


By: /s/ Justin D. Hein
   Justin D. Hein
   Attorney for Defendant SUV

*Civil Rights Department. SUV Affordable LP, et al.*
Joint Stipulation and Request to Extend Date for Parties to File Request for Dismissal; Order

**ORDER**

Based on the foregoing stipulation, and good cause having been shown by the Parties, IT IS HEREBY ORDERED that the deadline for the Parties to file a request for dismissal that will dispose of this Action is extended by thirty (30) days until February 18, 2025.

IT IS SO ORDERED.

Dated:  January 29, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE